UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES HUBBEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant.<br>_____/ | No. 2:06-cv-0690-MCE-DAD<br><br><br><u>NON-RELATED CASE ORDER</u> |
| BRENDA DE LA CRUZ, JUAN DE LA CRUZ, and FRED DE LA CRUZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant.<br>_____/ | No. 2:06-cv-1006-AWI-JLO |
| GLADYS HERRING and DONALD GAUSS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO., INC. and MCKESSON CORPORATION,<br><br>　　　　Defendants.<br>_____/ | No. 2:06-cv-1826-FCD-DAD |

```
RUTH BEATTY,                              No. 2:06-cv-1845-LKK-GGH

        Plaintiff,

    v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

        Defendants.
_____/
EMMA MIGUEL,                              No. 2:06-cv-2215-FCD-KJM

        Plaintiff,

    v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

        Defendants.
_____/
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE